ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Ventions, LLC | ) | ASBCA No. 60492 |
| | ) | |
| Under Contract No. HR0011-08-C-0101 | ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Amit Mehra
                                  Managing Partner, CFO

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                    DCMA Chief Trial Attorney
                                  Samuel W. Morris, Esq.
                                    Trial Attorney
                                    Defense Contract Management Agency
                                    Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 July 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60492, Appeal of Ventions, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals